IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:11-cv-02783-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 12, 2012 | Courtroom Deputy: Robin Mason |

*Parties:*                                          *Counsel:*

SAMANTHA QUITMAN,               Thomas J. Arckey

    Plaintiff,

v.

PINNACOL ASSURANCE,              Sybil Ruth Kisken

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:  2:41 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's Stipulated MOTION to Amend/Correct/Modify #8 Scheduling Order (Docket No. 19, filed on 10/1/2012) and the plaintiff's Stipulated MOTION to Amend/Correct/Modify #8 Scheduling Order (Docket No. 22, filed on 11/30/2012).

Argument and discussion regarding the above motions. The court is informed that the parties are currently working on taking a 30(b)(6) deposition.

The court reminds the parties of their upcoming trial related deadlines before Judge Babcock. Discussion between the court and the parties regarding the impact on those upcoming dates if an extension is granted.

The court informs the parties that while the court has carefully reviewed the plaintiff's Stipulated MOTION to Amend/Correct/Modify #8 Scheduling Order (Docket No. 22, filed on 11/30/2012) and gone back and compared the assertions in the two above motions, the court is not at all convinced

that the parties have shown good cause. With that said and for reasons as stated on the record,

**ORDERED:** The court shall **GRANT IN PART and DENY IN PART** the plaintiff's Stipulated MOTION to Amend/Correct/Modify #8 Scheduling Order (Docket No. 22, filed on 11/30/2012). The court shall grant the motion to the extend that it seeks to extend the discovery cut off date to January 4, 2013. The court shall deny the motion to the extent that it seeks to extend the dispositive motion deadline. **The current dispositive motion deadline of January 7, 2013 shall remain**. **The parties are advised that the court is not willing to grant any further extensions**.

Continued discussion between the court and Ms. Kisken regarding extending the discovery deadline to January 9, 2013. The court denies Ms. Kisken request.

Discussion between the court and the parties regarding filing a motion to compel (on an expedited schedule), Rule 16(e), medical records, and filing a motion for summary judgment

HEARING CONCLUDED.

**Court in recess**:   **3:27 p.m.**
Total time in court:   00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.