# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   11-cv-02783-LTB-CBS

SAMANTHA QUITMAN,

       Plaintiff,

v.

PINNACOL ASSURANCE, a Colorado insurance company,

       Defendant.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 28 - filed April 16, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                             BY THE COURT:

                               s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   April 17, 2013